

FILED
CLERK, U.S. DISTRICT COURT

APR 1 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 05- 113- PSWL |
| Plaintiff, ) | CR 09 -381-GHK |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| RUBEN GARCIA ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist., CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____

1
2
3
4   and/or

5   B.   ☒   The defendant has not met (his)/her burden of establishing by

6   clear and convincing evidence that (he)/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: allegations portraying in conduct

10   identical to underlying offense of having

11   prescription drugs

12
13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated: _____4/19/12_____

18

19

20   UNITES STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28

2